**Order entered August 23, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01306-CR

**JULIAN TERENCE MARTIN JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F13-59221-X**

## ORDER

The Court **DENIES** appellant's motion asking this court to mandate the trial court to forward appellant's appeal brief."

We **ORDER** the Clerk to send a copy of this order to Julian Terence Martin, Jr, TDCJ No. 02026170, Telford Unit, 3899 State Hwy 98, New Boston, Texas, 75570.

/s/     LANA MYERS
        JUSTICE